UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Dawn M. Calautti</u>**

    v.                        Case No. 20-cv-871-PB

**<u>Neuro-Rehab Associates, Inc.</u>**

## <u>MEDIATION REPORT</u>

The parties successfully resolved the case at mediation held on November 3, 2022. An appropriate agreement for entry of judgment or stipulation for dismissal is to be filed within thirty (30) days. LR 41.1.

                                        _/s/ Andrea K. Johnstone_
                                        Andrea K. Johnstone
                                        United States Magistrate Judge

November 4, 2022

cc:  Samantha J Heuring
     Benjamin T. King
     Debra Weiss Ford
     John Prendergast
     K. Joshua Scott